Max Cline, Esq. #055533
Law Office of Max Cline
1300 Clay Street, Suite 600
Oakland, CA 94612

Telephone: 510-464-8068
Facsimile: 510-464-8069

Attorney for Debtor/Plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland Browne Zanie,<br><br>      Debtor.<br>_____<br>Roland Browne Zanie,<br><br><br>      Plaintiff,<br>vs.<br>Banco Popular North America,<br><br>      Defendant.<br>_____ | Chapter 13<br><br>Case No. 08-45468-EDJ13<br><br>Adversary Case No. 09-04079<br><br>MOTION FOR DEFAULT JUDGMENT |

    COMES NOW the above-named debtor, by and through his attorney of record, and respectfully move the Court pursuant to Rules 9013 and 7055 of the Federal Rules of Bankruptcy Procedure for a default judgment and in support hereof allege and say that:

    1. The underlying Chapter 13 bankruptcy case was commenced by filing of a petition with the clerk of this Court on October 2, 2008.

[**Summary of pleading**] - 1

2. The Plaintiff is the debtor under Chapter 13 of Title 11 in the above-captioned case.

3. Defendant Banco Popular North America (hereinafter referred to as "Banco Popular") is a corporation allowed to do business in California as a lender.

4. The Plaintiff filed the subject adversary complaint against Defendant for an order that its second deed of trust may be paid off and discharged as an unsecured debt.

5. The said adversary complaint, summons, order re initial disclosures and discovery conference and bankruptcy dispute resolution program information sheet were served on the Defendant via certified mail to Defendant's address as follows:

Banco Popular North America
c/o Graham Vaage, LLP
500 N. Brand Blvd., #1030
Glendale, CA 91203

6. Defendant has failed to answer or to otherwise file any responsive pleading as to the complaint or to seek any extension of time from this Court with respect thereto.

7. The defendant is not in the military service of the United States.

WHEREFORE, the Plaintiff prays of the Court for the following:

a. The loan held by Banco Popular, subject to a second deed of trust on Plaintiff's real property located at

2069 Brighton Drive, Pittsburg, California is entirely unsecured and therefore may be paid as unsecured debt and discharged upon completion of the debtor's chapter 13 case.

b. The discharged debt owed to Banco Popular will no longer be a lien on the debtor's aforementioned real property and Banco Popular shall be required to record a deed of reconveyance of said second deed of trust.

c. That the Court order such other and further relief as may be just.

Dated: September 30, 2009 _____Max Cline_____
                                    Max Cline
                                    Attorney for the Debtor

[**Summary of pleading**] - 3